## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DONALD WILLIAMS,

                Petitioner

           v.

COMMONWEALTH OF PENNSYLVANIA,

                Respondent

: No. 14 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2019, the Petition for Writ of Mandamus is DENIED.